IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL CASE NO. 3:08cr031

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| GEORGE TOKARZ. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal [Doc. 18].

For the reasons stated in the motion, **IT IS, THEREFORE, ORDERED** that the Motion to File Under Seal [Doc. 18] is **GRANTED**, and the Defendant shall be allowed to file his Sentencing Memorandum under seal.

**IT IS SO ORDERED**.

Signed: December 30, 2008

Martin Reidinger
United States District Judge